**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 ANDREW FERNANDEZ,

                              Plaintiff,
          -against-                                              26 **CIVIL** 3124 (JHR)

                                                                 **JUDGMENT**

INTER-AMERICAN DEVELOPMENT BANK
GROUP et al.,

                              Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated May 6, 2026, the Amended Complaint is hereby

DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

          May 8, 2026

                                             **TAMMI M. HELLWIG**
                                   _____
                                             **Clerk of Court**

                                             K. mango
                          **BY:**
                                   _____
                                             **Deputy Clerk**